**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: August 10, 2015**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| JAMES DYESS | NO: 15-12880 |
| | Chapter 7 |
| Debtor | Judge Buchanan |

AGREED ORDER GRANTING RELIEF
FROM AUTOMATIC STAY TO PURSUE
DOMESTIC RELATIONS ISSUE

     Comes now the Debtor, James Dyess, through his bankruptcy counsel, Eric W. Goering and domestic relations counsel, Thomas C. James, II, Eileen Field, attorney for non-filing spouse Jami Dyess, the Debtor and his non-filing spouse individually, and the Chapter 7 Trustee and agree to the following course of action regarding the pending Chapter 7 bankruptcy case:

1. Relief from the Automatic Stay under 11 USC 362 shall be granted in order to allow James & Jami Dyess to proceed with the litigation in the Butler County Domestic Relations Court, under Case # DR 2015 06 0504.

2. The Domestic Relations Court shall have the authority to rule on all issues regarding alimony, and property settlement.

3. The 14 day stay requirement under FBR 6004 9(h) is hereby waived.

SO ORDERED.

/s/ *Henry E. Menninger, Jr.* per phone authorization 8/10/15
Henry E. Menninger, Jr #0013511
Chapter 7 Trustee

/s/ *Eric W. Goering*
Eric W. Goering, #0061146
Bankruptcy Attorney for Debtor

/s/ *Thomas C. James, Jr.* per email authorization 8/4/15
Thomas C. James, Jr.  #0073531
Domestic Relations Attorney for Debtor, James Dyess

/s/ *Eileen Field* per email authorization 8/4/15
Eileen Field
Bankruptcy Attorney for Jami Dyess

/s/ *James Dyess*
James Dyess, Debtor

/s/ *Jami Dyess*
Jami Dyess, non-filing spouse of Debtor

Copies to:
Default List

###